UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>ADJUSTABLE BEDDING CONCEPTS, INC., D/B/A/ EASY REST,<br><br>        Defendant. | No. 2:19-cv-0702 MCE DB<br><br>ORDER |

     The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19). On August 31, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The time for filing objections has expired, and plaintiff has not filed objections to the findings and recommendations.

     The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2020 (ECF No. 13) are ADOPTED in full;

2. Plaintiff's October 14, 2019 motion for default judgment (ECF No. 9) is GRANTED;

3. Judgment is entered against defendant Adjustable Bedding Concepts, Inc.;

4. Defendant is ordered to pay plaintiff $17,000 in statutory damages; and

5. This case is closed.

IT IS SO ORDERED.

Dated: October 16, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE