Jeremy Scott Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471

Timothy James Sostrin (pro hac vice)
Keogh Law, LTD
55 W. Monroe St., Ste. 3390
Chicago, IL 60613
tsostrin@keoghlaw.com
Phone: 312-726-1092; Fax: 312-726-1093
*Attorneys for Plaintiff Sidney Naiman*

Amy L. Pierce, (SBN 210539)
Lewis Brisbois Bisgaard & Smith LLP
E-Mail: Amy.Pierce@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444
*Attorneys for Defendant Adjustable Bedding Concepts, Inc., D/B/A Easy Rest*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sidney Naiman, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Adjustable Bedding Concepts, Inc., d/b/a Easy Rest<br><br>Defendant. | No. 2:19-cv-702-MCE-DB<br><br>**Stipulation for Extension of Time To File Response and Reply on Motion to Set Aside Clerk's Entry of Default and Judgment**<br><br>Judge: MORRISON C. ENGLAND<br><br>FSC Date: April 25, 2019<br>Trial Date: None Set |

1

Pursuant to the Local Civil Rule 144, plaintiff Sidney Naiman ("Plaintiff") and defendant Adjustable Bedding Concepts, Inc. ("Defendant") (together, "the Parties") hereby stipulate to a fourteen (14) day extension of time to submit their respective response and reply briefs on the Motion to Set Aside Clerk's Entry of Default and Judgment (Doc. 18) and respectfully request the Court approve the stipulation by endorsing the same below.  The Parties stipulate as follows:

WHEREAS, Defendant filed a Motion to Set Aside Clerk's Entry of Default and Judgment on December 17, 2021 and noticed the motion for hearing on January 27, 2022 (Doc. 18);

WHEREAS, the Court vacated the January 27, 2022 hearing, submitted the motion without appearance and argument,[1] and ordered that briefs on the motion be filed in accordance with the original motion hearing date;

WHEREAS, Plaintiff's opposition to the motion is currently due on January 13, 2022 and Defendant's reply is currently due on January 20, 2022;

WHEREAS, Plaintiff's counsel needs additional time to file Plaintiff's opposition to the motion given the intervening holidays and the need to prepare for and attend to, among other things, three depositions that were already scheduled for January 11, 12, and 13, 2022 in another matter before Defendant filed its motion;

WHEREAS, the Parties have not sought any prior extensions of time with respect to the motion;

WHEREAS, a fourteen (14) day extension of time for the briefing schedule on the motion will not interfere with any other pending deadlines and is not submitted for purposes of delay;

 The parties hereby STIPULATE to the following extended deadlines for briefs on Defendant's Motion to Set Aside Clerk's Entry of Default and Judgment

---

[1] The Parties accordingly understand that no hearing or oral argument will be held on the Motion unless the Court orders otherwise.

(Doc. 18):

    Plaintiff's Opposition shall be filed no later than January 27, 2022

    Defendant's Reply shall be filed not later than February 3, 2022

    WHEREFORE, the Parties respectfully request the Court approve their stipulation by endorsing the same below.

Respectfully Submitted,
By: /s/ Timothy J. Sostrin
Timothy J. Sostrin
*Attorney for Plaintiff Sidney Naiman*

By: /s/ Amy L. Pierce (as authorized on January 10, 2022)
Amy L. Pierce
*Attorney for Defendant Adjustable Bedding Concepts, Inc.,
d/b/a Easy Rest*

    IT IS SO ORDERED.

Dated: January 21, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

3