1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
AMY L. PIERCE, SB# 210539
2   E-Mail: Amy.Pierce@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
3 Sacramento, California 95833
Telephone: 916.564.5400
4 Facsimile: 916.564.5444

5 Attorneys for Defendant ADJUSTABLE
BEDDING CONCEPTS, INC., d/b/a EASY
6 REST

7                 UNITED STATES DISTRICT COURT

8         EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

9

| | |
|---|---|
| 10 SIDNEY NAIMAN, individually and on behalf of others similarly situated, | Case No. 2:19-CV-00702-MCE-DB |
| 11 Plaintiff, | **ORDER GRANTING THE MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND JUDGMENT** |
| 12 vs. | |
| 13 ADJUSTABLE BEDDING CONCEPTS, INC., d/b/a EASY REST, | Date:    January 27, 2022<br>Time:    2:00 p.m.<br>Crtrm.:   7 |
| 14 | |
| 15 Defendant. | Judge:   MORRISON C. ENGLAND |
| 16 | FSC Date:        April 25, 2019<br>Trial Date:       None Set |

17

18       Good cause having been shown, Defendant ADJUSTABLE BEDDING CONCEPTS, INC.,

19 d/b/a EASY REST's ("ABCI") Motion to Set Aside Clerk's Entry of Default and Judgment is

20 GRANTED.  The Clerk of the Court is directed to set aside the entry of default and judgment entered

21 against ABCI, and ABCI is hereby ordered to file a responsive pleading within thirty (30) court days

22 of the electronic filing of this Order.

23       IT IS SO ORDERED.

24 Dated:  February 25, 2022

25

26 _____
MORRISON C. ENGLAND, JR
27 SENIOR UNITED STATES DISTRICT JUDGE

28

4853-5582-1063.1                                   1
ORDER GRANTING THE MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND JUDGMENT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW