UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADJUSTABLE BEDDING CONCEPTS, INC., dba Easy Rest,<br><br>　　　　　Defendant. | No.  2:19-cv-00702-MCE-DB<br><br><br>**ORDER** |

Presently before the Court is a Bill of Costs submitted by Defendant Adjustable Bedding Concepts.  ECF No. 27.  The Court **DECLINES** to award costs.

IT IS SO ORDERED.

Dated:  April 12, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1